# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:19CR00232-003 |
| LADARRIN BURNS ) | USM No: 26305-075 |
| Date of Original Judgment: 05/18/2021 ) | |
| Date of Previous Amended Judgment: ) | Michael Holley |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  150 months  months **is reduced to**  112 months .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Amended sentence is composed of 112 months for each of Counts One and Seven; 48 months on Count Two; all to run concurrent.

Except as otherwise provided, all provisions of the judgment dated  05/18/2021  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/25/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

William L. Campbell, Jr.,  Chief United States District Judge
*Printed name and title*